UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br>         Plaintiff,<br>   v.<br>**Keang Sim Lim;**<br>**Ly Tech Ngov**; and Does 1-10,<br>         Defendants. | Case No.: 2:15-cv-00152-JAM-AC<br><br>**Order regarding Amended Status (pre-trial Scheduling) Order**<br>*(AS MODIFIED BY THE COURT)* |

Based upon the stipulation of the Parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. The Jury Trial be scheduled for January 23, 2017 at 9:00 a.m.

2. The Pretrial Conference shall be scheduled on November 18, 2016 at 11:00 a.m.

3. The Joint Pre-Trial Statement shall be due on or before November 11, 2016.

4. The Joint Mid-Litigation Statement shall be due on or before May 16, 2016.

5. The expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be due on or before April 18, 2016.

6. The Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be due on or before May 2, 2016.

7. The Discovery Cut-off (for both non-expert and expert discovery) shall be May 30, 2016.

8. All dispositive motions shall be filed by August 23, 2016.

9. Hearing on dispositive motions shall be on September 20, 2016 at 1:30 p.m.

**IT IS SO ORDERED AS MODIFIED**

Dated: 2/24/2016                    /s/ John A. Mendez_____

                                             John A. Mendez

                                             United States District Court Judge