UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>KEANG SIM LIM, LY TECH NGOV,<br><br>      Defendants. | No. 2:15-cv-0152-JAM-AC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    Upon considering the brief and evidence submitted, the Court hereby GRANTS Plaintiff's unopposed motion for summary judgment.[1] Plaintiff may submit a proposed form of Judgment for the Court's review and/or approval.

    IT IS SO ORDERED.

Dated: September 13, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for September 20, 2016.

1