UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case:** 2:15-CV-00152-JAM-AC |
| Plaintiff, | |
| v. | **JUDGMENT**<br>(on Motion for Summary Judgment) |
| **Keang Sim Lim;**<br>**Ly Tech Ngov**; | |
| Defendants | |

Following the Court's ruling on September 14, 2016, the Court grants JUDGMENT in favor of plaintiff Scott Johnson and against defendants Keang Sim Lim and Ly Tech Ngov in the amount of $4,000.

Date: 9/16/2016   /s/ John A. Mendez
　　　　　　　　　UNITED STATES DISTRICT JUDGE