# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Keang Sim Lim; Ly Tech Ngov;**<br><br>　　　　Defendants. | Case: 2:15-CV-00152-JAM-AC<br>[~~PROPOSED~~] **ORDER ON REQUEST TO VACATE DEBTOR EXAM**<br><br>Date:　　　1/10/18<br>Time:　　　10:00 a.m.<br>Courtroom:　26<br>Judge:　　　Allison Claire |

## **ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Keang Sim Lim scheduled for 1/10/18 is vacated.

Dated: January 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam